# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AMELIA MURTAGH, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02318-JTM -GLR |
| | ) | |
| v. | ) | Judge Marten |
| | ) | Magistrate Judge Rushfelt |
| MIDLAND FUNDING, LLC, and | ) | |
| KRAMER & FRANK, P.C. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** October 5, 2010

| **For Plaintiff, Amelia Murtagh** | **For Defendant, Midland Funding,** |
|---|---|
| /s D. Matthew Durgin | /s with consent Thomas M. Martin |
| LARRY P. SMITH & ASSOCIATES, LTD. | Lewis, Rice & Fingersh, LLC. |
| 8508 W 90th Terrace | 1010 Walnut Street, Suite 500 |
| Overland Park KS 66212 | Kansas City MO 64106 |
| Telephone: (888) 595-9111 (x818) | Telephone: (816) 421-2500 |
| Facsimile: (888) 418-1277 | Facsimile: (816) 472-2500 |
| E-Mail: mdurgin@smithlaw.us | E-mail: tmmartin@lrf-kc.com |

**For Defendant, Kramer & Frank, P.C.**

  /s with consent David J. Weimer
1125 Grand Boulevard, Suite 600
Kansas City MO 64106
Telephone:   (816) 778-0620
Facsimile:   (816) 472-0963
E-mail:   dmweimer@lawusa.com